# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 4, 2014 |
| Court Reporter: Janet Coppock | Time: one hour and 27 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  14-CR-00192-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Linda Kaufman |
| | Joe Joyce SSA-OIG |
| Plaintiff, | |
| vs. | |
| **PAULA KING,** | Miller Leonard |
| Defendant. | |

## SENTENCING

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objection to the presentence investigation report.

Page Two
14-CR-00192-PAB
November 4, 2014

Argument by Mr. Leonard.

Argument by Ms. Kaufman.

Further argument by Mr. Leonard.

Court states its findings and conclusions.

**ORDERED:** Defendant's objection to paragraph 43 of the presentence investigation report is **SUSTAINED.**

Argument by Mr. Leonard in support of the defendant's Motion for Non-Guideline Statutory Sentence and comments addressing sentencing.

Argument by Ms. Kaufman and comments addressing sentencing.

Defendant addresses the court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's Motion for Non-Guideline Statutory Sentence [Docket No. 24], is **GRANTED in PART.**

Defendant entered her plea on **June 10, 2014** to counts **I and II of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **9** months as to counts I and II, to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts I and II, to be served concurrently.

Page Three
14-CR-00192-PAB
November 4, 2014

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (**X**) The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

Page Four
14-CR-00192-PAB
November 4, 2014

>   (**X**)   The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

**ORDERED:**   Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| U.S. Railroad Retirement Board<br>Retirement/Survivor Debt Collections<br>PO Box 979018<br>St. Louis, MO 63197-9000<br>Payee: US RRB<br>RE: WA 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 | $45,238.24 |
| Social Security Administration<br>Debt Management Section<br>ATTN: Court Refund<br>PO Box 2861<br>Philadelphia, PA 19122<br>Reference: 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 and<br>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 | $89,205.00 |

**ORDERED:**   Interest on restitution is **WAIVED**.

**ORDERED:**   Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon a**s directed by the Bureau of Prisons, upon designation.

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Five
14-CR-00192-PAB
November 4, 2014

**ORDERED**:  Bond is continued.

**12:30 p.m.    COURT IN RECESS**

**Total in court time:    87 minutes**

**Hearing concluded**