IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00192-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAULA KING,

        Defendant.

---

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant PAULA KING, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FMC Carswell, Naval Air Station, J St Bldg 3000, Fort Worth, Texas, on December 18, 2014 by 12:00 noon, and will travel at her own expense.

DATED at Denver, Colorado, this 3rd day of December, 2014.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge